LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
8716 Spanish Ridge Avenue, Suite 115
Las Vegas, Nevada 89148
Telephone: (702) 600-3200
Facsimile: (702) 447-7936
*E-Mail: laa@ayonlaw.com*

*Attorneys for Defendant
BDJ Investments*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association<br>　　　　Plaintiff,<br>v.<br>SBH 4 HOMEOWNERS' ASSOCIATION; BDJ INVESTMENTS, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br>　　　　Defendants.<br>. | Case No.: 2:16-cv-00487-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO MOTIONS FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED between Plaintiff, Bank of America, NA, by and through its attorney of record, Tenesa Scaturro, Esq. and Melanie Morgan, Esq. of the law firm of Akerman LLP, Defendant SBH 4 Homeowners Association, by and through its attorney Edward Boyack, Esq, .of the law firm of Boyack, Orme & Taylor, and Defendant BDJ Investments LLC ("BDJ" or "Defendant") by and through its attorneys of record, the law firm AYON LAW, PLLC, that, the parties agree to extend the deadline for BDJ and Bank of America, N.A. to file their responses to Bank of America, N.A.'s [38] Motion for Summary Judgment filed November 14, 2017 and BDJ's Motion for Summary Judgment [40] filed on November 15, 2017 to on or before January 8, 2018.

/ / /

/ / /

/ / /

/ / /

This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 19th day of December, 2017.

| AYON LAW, PLLC | AKERMAN, LLP |
|---|---|
| /s/Luis A. Ayon<br>LUIS A. AYON, ESQ.<br>Nevada Bar No. 9752<br>9205 W. Russell Road<br>Building 3, Suite 240<br>Las Vegas, Nevada 89148<br>*Attorney for BDJ Investments, LLC* | /s/Tenesa S. Scaturro<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>TENESA S. SCATURRO, ESQ.<br>Nevada Bar No. 12488<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144<br>*Attorneys for Plaintiff* |
| BOYACK ORME & TAYLOR<br><br>/s/Edward D. Boyack<br>Edward D. Boyack, Esq.<br>401 N. Buffalo Drive, Suite #202<br>Las Vegas, NV 89145<br>*Attorney for SBH 4 Homeowners' Association* | |

## **ORDER**

IT IS SO ORDERED.

Dated this 21 day of December, 2017.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT