1
2
3
4
5
6

LUIS A. AYON, ESQ.
Nevada Bar No. 9752
**AYON LAW, PLLC**
9205 West Russell Road
Building 3, Suite 240
Las Vegas, Nevada 89148
Telephone:      (702) 600-3200
Facsimile:      (702) 447-7936
*E-Mail:      laa@ayonlaw.com*

7

*Attorneys for Defendant*
*BDJ Investments*

8

9

**UNITED STATES DISTRICT COURT**

10

**DISTRICT OF NEVADA**

11
12

BANK OF AMERICA, N.A., a national
banking association
                    Plaintiff,

Case No.: 2:16-cv-00487-GMN-PAL

13

v.

14

SBH 4 HOMEOWNERS' ASSOCIATION;
BDJ INVESTMENTS, LLC; and NEV ADA
ASSOCIATION SERVICES, INC.,

**STIPULATION AND ORDER TO EXTEND
DEFENDANT BDJ INVESTMENTS LLC'S
TIME TO FILE MOTION FOR SUMMARY
JUDGMENT**

15

                    Defendants.

16

.

**(FIRST REQUEST)**

17

18          IT IS HEREBY STIPULATED between Plaintiff, Bank of America, NA, by and through its

19     attorney of record, Tenesa Scaturro, Esq. and Melanie Morgan, Esq. of the law firm of Akerman

20     LLP, Defendant SBH 4 Homeowners Association, by and through its attorney Edward Boyack,

21     Esq, .of the law firm of Boyack, Orme &  Taylor, and Defendant BDJ Investments LLC ("BDJ" or

22     "Defendant")  by and through its attorneys of record, the law firm AYON LAW, PLLC, that in light

23     of the technical difficulties Counsel for BDJ encountered the evening November 14, 2017, the

24     parties agree to extend the deadline for BDJ to file its Motion for summary Judgment by 1 day to,

25     to November 15, 2017.. . .

26     . . .

27     . . .

28     . . .

**AYON LAW, PLLC**
**9205 W. Russell Road,**
**Building 3, Suite 240**
**LAS VEGAS, NEVADA 89148**
**PHONE: (702) 600-3200**

1

Good cause exists for this extension as BDJ completed the motion timely but was unable to file despite its completion. Additionally, allowing the brief extension may assist in resolving this case without need for trial. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

DATED this 15th day of November, 2017.

| AYON LAW, PLLC | AKERMAN, LLP |
|---|---|
| /s/Luis A. Ayon | /s/Melanie D. Morgan |
| LUIS A. AYON, ESQ. | MELANIE D. MORGAN, ESQ. |
| Nevada Bar No. 9752 | Nevada Bar No. 8215 |
| 9205 W. Russell Road | TENESA S. SCATURRO, ESQ. |
| Building 3, Suite 240 | Nevada Bar No. 12488 |
| Las Vegas, Nevada 89148 | 1160 Town Center Drive, Suite 330 |
| *Attorney for BDJ Investments, LLC* | Las Vegas, NV 89144 |
| | *Attorneys for Plaintiff* |
| BOYACK ORME & TAYLOR | |
| /s/Edward D. Boyack | |
| Edward D. Boyack, Esq. | |
| 401 N. Buffalo Drive, Suite #202 | |
| Las Vegas, NV 89145 | |
| *Attorney for SBH 4 Homeowners' Association* | |

## ORDER

On November 15, 2017, the parties filed a Stipulation to Extend Time for BDJ to file a motion for summary judgment. Pursuant to the undersigned's Order dated October 24, 2017, BDJ's motion for summary judgment was due November 14, 2017. BDJ filed its Motion for Summary Judgment on November 15, 2017, (ECF No. 40). Accordingly, **IT IS HEREBY ORDERED** that the Motion to Extend Time to File a motion for summary jugment (ECF No. 39) is **GRANTED** *Nunc Pro Tunc.*

Dated this 6 day of March, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT