CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, Nevada 89012
Telephone:      (702) 303-4688
*E-Mail:         chrisyerg@gmail.com*
*Attorney for Defendant*
*BDJ Investments, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association<br><br>Plaintiff,<br><br>v.<br><br>SBH 4 HOMEOWNERS' ASSOCIATION; BDJ INVESTMENTS, LLC; and NEV ADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00487-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (SECOND REQUEST)** |

Defendant, BDJ Investments, LLC, and Plaintiff, Bank of America, N.A., by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Defendant to respond to Plaintiff's Motion for Partial Summary Judgement (ECF No. 66) currently due April 10, 2020.   Under the current circumstances due to the coronavirus pandemic, other matters and issues have consumed the limited time of Counsel for Defendant.  This is the second request for an extension and is not intended to prejudicially delay this matter.  Following Defendant's first request, this Court ordered Defendant to respond by April 20, 2020.   Defendant now requests another 10-day extension so that Defendant's response to be now due April 30, 2020.

///

///

///

DATED this 20th day of April, 2020.

AKERMAN LLP

*/s/ Holly E. Walker*
Holly E. Walker, Esq.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*
*Bank of America, N.A.*

DATED this 20th day of April, 2020.

CHRISTOPHER V. YERGENSEN, ESQ.

*/s/ Christopher V. Yergensen*
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, NV 89012
*Attorney for Defendant*
*BDJ Investments, LLC.*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Time to Respond to the

Motion for Partial Summary Judgment, (ECF No. 69), is **GRANTED**.

**DATED** this  20  day of April, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT