CHRISTOPHER V. YERGENSEN, ESQ.
Nevada Bar No. 6183
**BLACK & LOBELLO**
10777 W. Twain Ave., Suite 300
Las Vegas, Nevada 89135
Telephone:     (702) 869-8801
E-Mail:cyergensen@blacklobello.law
*Attorney for Defendant*
*BDJ Investments, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A., a national banking association<br><br>Plaintiff,<br><br>v.<br><br>SBH 4 HOMEOWNERS' ASSOCIATION; BDJ INVESTMENTS, LLC; and NEVADA ASSOCIATION SERVICES, INC.,<br><br>Defendants. | Case No.: 2:16-cv-00487-GMN-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT (FIFTH REQUEST)** |

Defendant, BDJ Investments, LLC, and Plaintiff, Bank of America, N.A., by and through their respective counsel of record, respectfully submit this stipulation and order to continue the time for Defendant to respond to Plaintiff's Motion for Partial Summary Judgment (ECF No. 66) currently due May 21, 2020.    Under the current circumstances due to the coronavirus pandemic, lack of staff support and other matters and issues have consumed the limited time of Counsel for Defendant.  This is the fifth 10-day request for an extension and is not intended to prejudicially delay this matter.  Following Defendant's fourth request, this Court ordered Defendant to respond by May 21, 2020.   Defendant now requests another 10-day extension so that Defendant's response to be now due June 1, 2020.

///

///

DATED this 21st day of May, 2020.

AKERMAN LLP

/s/ Holly E. Walker
Holly E. Walker, Esq.
Nevada Bar No. 14295
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
*Attorneys for Plaintiff*
*Bank of America, N.A.*

DATED this 21st day of May, 2020.

BLACK & LOBELLO

/s/ Christopher V. Yergensen
Christopher V. Yergensen, Esq.
Nevada Bar No. 6183
395 Gatlinburg Court
Henderson, NV 89012
*Attorney for Defendant*
*BDJ Investments, LLC.*

## ORDER

**IT IS HEREBY ORDERED** that the above Stipulation to Extend Time to Respond to the Motion for Partial Summary Judgment, (ECF No. 77), is **GRANTED**.

**DATED** this __8__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
United States District Court